**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 25, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

DAVID ANTHONY ROMANNOSE,

    Defendant - Appellant.

No. 25-5102
(D.C. No. 4:21-CR-00332-JFH-1)
(N.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]
_____

This matter is before the court on the parties' *Joint Motion to Remand for Resentencing*, in which the parties jointly request to vacate the judgment and to remand this matter for resentencing.

Upon consideration, the joint motion is granted as follows.

This case is remanded to the district court with instructions to vacate the judgment and to conduct any and all proceedings necessary to resentence David

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being decided on a joint motion to remand for resentencing, the panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore submitted without oral argument.

Anthony RomanNose in accord with the parties' *Joint Motion to Remand for Resentencing.*

This appeal is dismissed. The mandate shall issue forthwith.


Entered for the Court


Per Curiam